**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 3:22-cr-33-DPM**

**GUSTAVO MENDIOLA VERDUZCO** **DEFENDANT**

# ORDER

Motion, *Doc. 49*, granted as modified. The Court made an indigency determination as to Verduzco in February. *Doc. 45*. The Court therefore finds that payment for interpreter services utilizing CJA funds is necessary and reasonable. 18 U.S.C. § 3006A(e)(1). The Court approves interpreting services, up to $1,000.00 which anticipates the need for an interpreter for sentencing preparations, if needed. His lawyer can contact the Court's Courtroom Deputy to find a list of appropriate interpreters, then he must submit a CJA21 (authorization form) for up to $1,000.00. After receipt of the interpreter's invoices, the lawyer must submit CJA vouchers for the Court's final approval.

So Ordered.

D.P. Marshall Jr.
United States District Judge

12 November 2026